

Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

---

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

September 18, 2019

**ECF and Email**

Hon. Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Priscilla Doe v. Darren K. Indyke and Richard D. Kahn as Joint Personal Representatives of The Estate of Jeffrey E. Epstein, et al.*, **1:19-cv-07772 (ALC)**

Dear Judge Carter:

We represent Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (named herein as "Joint Personal Representatives" of the Estate of Jeffrey E. Epstein), Nine East 71st Street, Corporation, Financial Trust Company, Inc., NES, LLC, Maple, Inc., LSJ, LLC, HBRK Associates, Inc., and JEGE, Inc. (together, "Defendants") in the referenced action. We write to respectfully request the Court's approval of the parties' agreement described below.

On September 10, 2019, subject to the Court's approval: (1) we agreed to accept service of Plaintiff's Complaint (ECF # 1) on Defendants' behalf; and (2) Plaintiff consented to Defendants having through November 15, 2019 to answer, move or otherwise respond to Plaintiff's Complaint.  There have been no previous requests for adjournments or extensions of time in this action.

Thank you for your attention to this matter.

Respectfully submitted,

*s/Bennet J. Moskowitz*
Bennet J. Moskowitz