USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-21-19

# EDWARDS POTTINGER LLC

| Florida Office | 425 North Andrews Avenue<br>Suite 2<br>Fort Lauderdale, FL 33301 | New York Office |
|---|---|---|
| Bradley J. Edwards *◊ᵻ<br>Seth M. Lehrman *†<br>Brittany N. Henderson *◊<br>Matthew D. Weissing *ᵻ | Telephone (954)524-2820<br>Fax (954)524-2822 | J. Stanley Pottinger ‡<br><br>† Admitted in California<br>◊ Admitted in District of Columbia<br>* Admitted in Florida<br>‡ Admitted in New York<br>ᵻ Board Certified Civil Trial Lawyer |

October 16, 2019

**MEMO ENDORSED**

**VIA ECF**

Hon. Andrew L. Carter
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Priscilla Doe v. Darren N. Indyke, et al.*, **1:19-cv-07772 (ALC)**

Dear Judge Carter:

We represent Plaintiff Priscilla Doe in the above-captioned action. In connection with our Motion for Leave to Proceed Under Pseudonym (ECF 3), we write to bring to the Court's attention a decision issued by Judge Castel in a related Epstein case granting the Plaintiff's Motion to Proceed Anonymously. A copy is attached hereto as Exhibit A. *See Katlyn Doe v. Indyke et al.*, No. 19-cv-7771 (PKC) (S.D.N.Y. Sept. 12, 2019).

Respectfully Submitted,

*/s/ Bradley J. Edwards*

Bradley J. Edwards

SO ORDERED:

*/s/ Andrew L. Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
11-21-19

Plaintiff's request to file is granted

425 North Andrews Avenue, Suite 2, Fort Lauderdale, Florida 33301
954.524.2820 office    954.524.2822 fax