USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-7-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

PRISCILLA DOE,

                Plaintiffs,

-against-

DARREN N. INDYKE, et al,

                Defendants.

------------------------------------------------------------ x

1:19-cv-7772 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

On November 29, 2019, Defendants filed a letter with this Court requesting a pre-motion conference on an anticipated motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 38). Per this Court's Individual Rules, upon the filing of such a letter motion, the opposing party must within three business days submit a letter, not to exceed three pages, setting forth its position. However, the Court granted Plaintiff an extension until December 11, 2019 to file a response to this request. (ECF No. 42). To date, Plaintiff has not responded. Accordingly, Plaintiff is ORDERED to respond to Defendant's letter motion by January 14, 2020 indicating its position on Defendants' contemplated motion.

**SO ORDERED.**

Dated: January 7, 2020
       New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge