Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

April 28, 2020

<u>VIA ELECTRONIC COURT FILING</u>

Hon. Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    <u>*Priscilla Doe*</u>, 1:19-cv-07772 (ALC) (DCF)

Dear Judge Carter:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, the "<u>Co-Executors</u>"), in the above-referenced action.  We write to supplement the Co-Executors' letter request, made pursuant to Your Honor's Individual Practice Rule § 2(A), for a conference in anticipation of moving to dismiss (ECF Doc. 38), with the enclosed copy of the Opinion & Order entered today by The Hon. Paul A. Engelmayer in another personal injury action against the Co-Executors (*Mary Doe v. Darren K. Indyke and Richard D. Kahn, as executors of the Estate of Jeffrey E. Epstein, and Sarah Vickers*, 19-civ-10758 (PAE) (DCF)).  In His Honor's Opinion & Order, Judge Engelmayer grants the Co-Executors' motion to dismiss the plaintiff's punitive damages claim against them as a matter of law on grounds applicable to Plaintiff's claim for punitive damages in this action.

Respectfully submitted,

*s/Bennet J. Moskowitz*
Bennet J. Moskowitz

cc: Counsel of Record (via ECF)