**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

DOE,

                **Plaintiff,**

      -against-

**DARREN K. INDYKE AND RICHARD D. KAHN as representatives of the estate of Jeffrey Epstein et al,**

                **Defendants.**

------------------------------------------------------------ x

**19-cv-7772 (ALC)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendant filed a letter motion requesting a pre-motion conference on an anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff a response. Defendant's motion for a pre-motion conference is DENIED and the Court sets the following briefing schedule:

    Defendant's Motion to Dismiss:                June 30, 2020

    Plaintiff's Opposition:                                July 28, 2020

    Defendant's Reply, if any:                         August 11, 2020

**SO ORDERED.**

**Dated:** June 3, 2020

    New York, New York                                 **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**