Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

August 14, 2020

**VIA ECF**

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:** *Katlyn Doe*, 1:19-cv-07771-PKC-DCF; *Priscilla Doe*, 1:19-cv-07772-ALC-DCF; *Lisa Doe*, 1:19-cv-07773 ER-DCF; *VE.*, 1:19-cv-07625-AJN-DCF; *Anastasia Doe*, 1:19-cv-11869-AJN-DCF

Dear Judge Freeman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, in the above-referenced actions. With Plaintiffs' consent, we write pursuant to Your Honor's June 22, 2020 Order to provide the Court with a joint status report.

Plaintiffs' counsel has advised us that all Plaintiffs are currently working to formally submit their claims to the Epstein Victims' Compensation Program. Accordingly, the parties request that the stays entered in these actions continue in accordance with the respective stay orders.

Respectfully submitted,

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz

cc: Counsel of Record (via ECF)