

| | | |
|---|---|---|
| **Florida Office** | 425 North Andrews Avenue<br>Suite 2<br>Fort Lauderdale, FL  33301 | **New York Office** |
| Bradley J. Edwards *◊⊣ | | J. Stanley Pottinger ‡ |
| Seth M. Lehrman *† | | |
| Brittany N. Henderson *◊ | Telephone (954)524-2820 | † Admitted in California |
| Matthew D. Weissing *⊣ | Fax (954)524-2822 | ◊ Admitted in District of Columbia |
| | | * Admitted in Florida |
| | | ‡ Admitted in New York |
| | | ⊣ Board Certified Civil Trial Lawyer |

April 30, 2021

<u>**Filed Via ECF**</u>

Magistrate Judge Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, New York, NY 10007

Re:  *Pricilla Doe v. Darren K. Indyke et al.*, No. 19-cv-07772 (S.D.N.Y.) (Carter, J.)

Dear Judge Freeman,

The above case was stayed per Order dated June 15, 2020 (ECF Doc. 66), due to parties participating in the Epstein Victims' Compensation Program to resolve sexual abuse claims against decedent Jeffrey E. Epstein in a non-adversarial alternative to litigation.  Plaintiff has elected not to resolve her claims via the Program.

Therefore, Plaintiff requests to resume the litigation and to have the stay of this action lifted.

Respectfully submitted,

EDWARDS POTTINGER

<u>/s/ Bradley J. Edwards</u>
Bradley Edwards
Brittany Henderson

cc: Counsel of Record (via ECF)

> The stay of proceedings in this action is hereby lifted. The parties are directed to discuss a schedule for any potential amendment of the pleadings and for discovery, and this Court will hold a case management conference on 5/26/2021 at 11:00 a.m.  For that conference, counsel should call the following Toll-Free Number:  (877) 411-9748 and use Access Code:  9612281.
>
> **SO ORDERED**
>
> *[signature]*
> DEBRA FREEMAN
> United States Magistrate Judge
> Dated: 5/4/2021