# EP | EDWARDS POTTINGER LLC

| **Florida Office** | **425 North Andrews Avenue** | **New York Office** |
|---|---|---|
| | **Suite 2** | J. Stanley Pottinger ‡ |
| Bradley J. Edwards *◊‡ | **Fort Lauderdale, FL  33301** | |
| Seth M. Lehrman *† | _____ | † Admitted in California |
| Brittany N. Henderson *◊ | Telephone (954)524-2820 | ◊ Admitted in District of Columbia |
| Matthew D. Weissing *‡ | Fax (954)524-2822 | * Admitted in Florida |
| | | ‡ Admitted in New York |
| | | ‡ Board Certified Civil Trial Lawyer |

June 11, 2021

Molly S. DiRago
Troutman Pepper Hamilton Sanders LLP
227 W. Monroe St., Ste. 3900
Chicago, Illinois 60606
molly.dirago@troutman.com

RE:    *Priscilla Doe v. Darren K. Indyke and Richard D. Kahn, et al.*
       Case No:  1:19-cv-07772
       Consent to Re-File Plaintiff's Amended Complaint

Dear Ms. DiRago:

This letter is being provided for filing in compliance with the Court's Notice relating to Plaintiff's filing [DE 84] Amended Complaint.

By signing below, opposing counsel is providing written consent for Plaintiff to re-file Plaintiff's First Amended Complaint, but without prejudice to Defendants' rights and legal positions in this action.

EDWARDS POTTINGER LLC

Brad Edwards, Esq.
BJE:mwk

Molly S. DiRago, as Counsel for
Defendants, Darren K. Indyke and Richard D.
Kahn, as Co-Executors of the Estate of Jeffrey E.
Epstein, Financial Trust Company, Inc., NES,
LLC, The Florida Science Foundation, Inc.,
HBRK Associates, Inc.