**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PRISCILLA DOE,

                    *Plaintiff*,

     v.

DARREN K INDYKE AND RICHARD D. KAHN
AS JOINT PERSONAL REPRESENTATIVES OF
THE ESTATE OF JEFFERY E. EPSTEIN,
FINANCIAL TRUST COMPANY, INC., NES, LLC,
HBRK ASSOCIATES, INC., AND THE FLORIDA
SCIENCE FOUNDATION, INC.,

                   *Defendants.*

Case No. 1:19-cv-07772-ALC-DCF

## <u>NOTICE OF CO-EXECUTORS' MOTION TO DISMISS</u>

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior

pleadings and proceedings in this action, Defendants Darren K. Indyke and Richard D. Kahn, as

Co-Executors of the Estate of Jeffrey E. Epstein, will move this Court before the Hon. Andrew L.

Carter, Jr., United States District Judge, at the Thurgood Marshall United States Courthouse, 40

Foley Square, Rm. 435, New York, New York 10007, at a time to be scheduled by this Court, for

an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with

prejudice Counts I through III of Plaintiff Priscilla Doe's First Amended Complaint (ECF Doc.

85); and for such other and further relief as may be just and proper.

117292350v1

Dated: New York, New York
       June 30, 2021

By: */s/ Bennet J. Moskowitz*
    Bennet J. Moskowitz
    TROUTMAN PEPPER HAMILTON
    SANDERS LLP
    875 Third Avenue
    New York, New York 10022

    *Attorneys for Defendants Darren K. Indyke and*
    *Richard D. Kahn, Co-Executors of the Estate of*
    *Jeffrey E. Epstein*

117292350v1