USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 20, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRISCILLA DOE,

       Plaintiff,

v.

DARREN K. INDYKE AND RICHARD D. KAHN AS JOINT PERSONAL REPRESENTATIVES OF THE ESTATE OF JEFFREY E. EPSTEIN, FINANCIAL TRUST COMPANY, INC., NESS, LLC, HBRK ASSOCIATES, INC., AND THE FLORIDA SCIENCE FOUNDATION, INC.,

       Defendants.

Case No. 1:19-cv-07772-ALC-DCF

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Scott J. Link for admission to appear *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Scott J. Link |
| Firm Name: | Link & Rockenbach, PA |
| Address: | 1555 Palm Beach Lakes Boulevard, Suite 930 |
| City/State/Zip: | West Palm Beach, Florida 33401 |
| Telephone/Fax: | (561) 847-4408; (561) 855-2891 [fax] |
| Email: | scott@linkrocklaw.com |

Applicant, having requested admission *Pro Hac Vice* to appear for all purposes as co-counsel for Defendants Darren K. Indyke and Richard D. Kahn, as Co-Executors of the Estate of Jeffrey Epstein in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 20, 2021

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE