UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:19-cv-07772-ALC-DCF

PRISCILLA DOE,

      Plaintiff,

vs.

DARREN K. INDYKE AND
RICHARD D. KAHN AS CO-EXECUTORS OF
THE ESTATE OF JEFFREY E. EPSTEIN,
FINANCIAL TRUST COMPANY, INC.,
NES, LLC, HBRK ASSOCIATES, INC., and
THE FLORIDA SCIENCE FOUNDATION, INC.,

      Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL

      Plaintiff, PRISCILLA DOE, and Defendants, Darren K. Indyke and Richard D. Kahn, as Co-Executors of the Estate of Jeffrey E. Epstein, Financial Trust Company, Inc., NES, LLC, HBRK Associates, Inc., and The Florida Science Foundation, Inc., by and through their undersigned counsel, hereby stipulate and agree that due to Plaintiff's resolution of her claim(s) against Defendants, this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: March 1, 2022

EDWARDS POTTINGER LLC

By: _____

Bradley J. Edwards
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820
Brad@epllc.com, Brittany@epllc.com
*Attorneys for Plaintiff*

Respectfully Submitted,
TROUTMAN PEPPER HAMILTON SANDERS LLP

By: _____

Molly S. DiRago
227 W. Monroe, Ste 3900
Chicago, IL  60606
312-759-1926
molly.dirago@troutman.com
*Attorneys for Defendants*

124314659v1